THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOBBY LEE DICKERSON, JR., | Case No. C09-1419-JCC |
| Plaintiff, | ORDER |
| v. | |
| MR. BALS, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Brian A. Tsuchida (Dkt. No. 12), and Plaintiff's Objections (Dkt. No. 13). Having thoroughly considered the parties' briefing and the relevant record, the Court hereby ADOPTS the R&R, with further notes at the end of this Order.

This Court reviews the record *de novo* when considering objections to a magistrate judge's R&R. *See* 28 U.S.C. § 636(b)(1). As usual, because Petitioner is proceeding pro se, this Court must interpret his petition and objections liberally. *See Bernhardt v. Los Angeles County*, 339 F.3d 920, 925 (9th Cir. 2003). However, Mr. Dickerson's perfunctory "Motion of Objection" contains no discussion of any law, no reasoning, and no new facts, and therefore does not cast any doubt upon Judge Tsuchida's sound reasoning.

ORDER
PAGE - 1

The Court also observes that Mr. Dickerson has filed no less than nine lawsuits in this court since September, 2009, including the instant matter.[1] One case has been dismissed,[2] and three more of his cases, including this one, have been recommended for dismissal for failure to state a claim.[3] Judge Tsuchida gave Plaintiff ample opportunity to amend his complaint and patient instruction on the law, which went unheeded. (*See* Dkt. No. 9.) This abusive filing taxes the Court's scant resources. The Court therefore ORDERS:

1. The Court hereby ADOPTS the Report and Recommendation. (Dkt. No. 12.)
2. This Action is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.
3. This dismissal shall count as a "strike" under 28 U.S.C. § 1915(g).
4. The Clerk of Court is directed to close this case and send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 14th day of January, 2010.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] *See Dickerson v. Satterburg*, C09-1279-RSM (W.D. Wash., filed Sept. 10, 2009); *Dickerson, et al. v. Renton Police Dep't, et al.*, C09-1446-JCC (W.D. Wash., filed Oct. 13, 2009); *Dickerson v. King County*, C09-1454-RSL-MAT (W.D. Wash., filed Oct. 14, 2009); *Dickerson v. RJC King County Jail*, C09-1508-JCC (W.D. Wash., filed Oct. 22, 2009); *Dickerson v. Stuver*, C09-1622-RSL-JPD (W.D. Wash., filed Nov. 12, 2009); *Dickerson v. Bales*, C09-1678-JCC-MAT (W.D. Wash., filed Nov. 24, 2009); *Dickerson v. Gain*, C09-1726-JCC-JPD (W.D. Wash., filed Dec. 3, 2009); *Dickerson v. Bales*, C09-1739-TSZ-MAT (W.D. Wash., filed Dec. 7, 2009).

[2] Order, *Satterburg*, C09-1279-RSM (W.D. Wash., dated Oct. 22, 2009). That Order does not impose a strike under 28 U.S.C. § 1915(g).

[3] Report and Recommendation, *Renton Police Dep't*, C09-1446-JCC (W.D. Wash., dated Jan. 11, 2010); Report and Recommendation, *RJC King County Jail*, C09-1508-JCC (W.D. Wash., dated Dec. 9, 2009).